AO 121 (6/90)

| TO: | |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. 1116  you are hereby advised
that a court action has been filed on the following patent(s)/trademark(s) in the U.S. District Court:

| DOCKET NO.<br><br>11-cv-7218 | DATE FILED:<br><br>10/12/2011 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| **Plaintiff(s):**<br>Novation Partners, LLC et al | **Defendant(s):**<br>Midland Funding, LLC, et al | |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 3163515 | 10/24/2006 | Plaintiff |
| | | |
| | | |
| | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| Dismissed. | | |
| CLERK :<br>THOMAS G. BRUTON | DEPUTY CLERK:<br>K. Johnson | DATE:<br>7/13/2012 |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Novation Partners, LLC, et al.

Plaintiff,

v.                                                          Case No.: 1:11−cv−07218
                                                            Honorable John F. Grady

Midland Funding NCC−2 Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 12, 2012:

        MINUTE entry before Honorable John F. Grady: Pursuant to the parties' joint stipulation of dismissal with prejudice filed on June 12, 2012 [ 28] this case is dismissed with prejudice. See Fed. R. Civ. P. 41(a)(1)(ii). No appearance is required on June 13, 2012. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ KINIELLE JOHNSON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

July 13, 2012